# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

YOLANDA R. CROOM,

    Plaintiff,

vs.

JOHN E. BRYSON, Secretary,
United States Department of
Commerce,

    Defendant.

CV 512-50

**ORDER**

Before the Court is Plaintiff Yolanda Croom's motion to reconsider the Court's dismissal of her case. See Dkt. no. 52. The Court dismissed Plaintiff's case because she failed to heed the Court's May 23, 2014 Order (Dkt. no. 48) admonishing her to participate in discovery and attend her own deposition or else have her case dismissed. See Dkt. no. 50. Now Plaintiff asks this Court to reconsider the dismissal because she claims to not have received the Order until well after it was issued. Dkt. no. 52, p. 1. Plaintiff does not offer any particular excuse as to why she did not receive the Court's Order in a timely manner, but she postulates the letter was "given to someone else

unnoticed," Dkt. no. 58-1, p. 1, or she was "out of town" when the Order was delivered, Dkt. no. 60, p.2.

"Reconsideration is appropriate only if [the moving party]: demonstrates: (1) an intervening change of law; (2) the availability of new evidence; [or] (3) the need to correct a clear error of law or prevent manifest injustice." Collins v. Int'l Longshoremen's Ass'n Local 1423, CV 209-093, 2013 WL 393096 (S.D. Ga. Jan. 30, 2013) (citations omitted).

Plaintiff has not proffered new law or evidence. Nor has she suggested the dismissal was legally erroneous. And the multiple theories that Plaintiff puts forth as to why she did not read her mail do not, individually or collectively, make it manifestly unjust for the Court to dismiss Plaintiff's case in light of her repeated failures to participate in this litigation. Plaintiff has not established that the extraordinary relief of reconsideration is warranted, and her motion is **DENIED**.

**SO ORDERED**, this 28TH day of October, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA